

## CORPORATE CREATIONS®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL  33410

June 28, 2018

Macy's Retail Holdings, Inc.
Andrea Carolan Litigation Paralegal
Macy's, Inc.
11477 Olde Cabin Road, Suite 400
ST. LOUIS  MO  63141

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). ALL information should be verified by you.

Note: Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.

**Item: 2018-1786**

| | | |
|---|---|---|
| 1. | Client Entity: | Macy's Retail Holdings, Inc. |
| 2. | Title of Action: | April Brinkman vs. Macy's Retail Holdings, Inc. d/b/a Macy's |
| 3. | Document(s) Served: | Citation<br>Petition For Damages |
| 4. | Court/Agency: | Orleans Parish Civil District Court |
| 5. | State Served: | Louisiana |
| 6. | Case Number: | 18-4470 |
| 7. | Case Type: | Telephone Consumer Protection Act |
| 8. | Method of Service: | Hand Delivered |
| 9. | Date Received: | Wednesday 6/27/2018 |
| 10. | Date to Client: | Thursday 6/28/2018 |
| 11. | # Days When Answer Due: 15<br>Answer Due Date: 7/12/2018 | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of service in their records matches the Date Received. |
| 12. | SOP Sender:<br>(Name, Address and Phone Number) | Roberto Luis Costales<br>New Orleans, LA<br>504-534-5005 |
| 13. | Shipped to Client By: | Email Only with PDF Link and PDF Attachment |
| 14. | Tracking Number: | Not Applicable |
| 15. | Handled By: | 191 |
| 16. | Notes: | None |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL  33410    Tel: (561) 694-8107    Fax: (561) 694-1639
www.CorporateCreations.com

**EXHIBIT A**

**ATTORNEY'S NAME:** Beaumont, William H 33005
**AND ADDRESS:** 3801 Canal Street, Suite 207, New Orleans, LA 70119

# SERVE

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2018-04470   DIVISION: J   SECTION: 15

BRINKMAN, APRIL

Versus

MACY'S RETAIL HOLDINGS, INC. D/B/A MACY'S

### CITATION

TO: MACY'S RETAIL HOLDINGS, INC. D/B/A MACY'S
THROUGH: ITS REGISTERED AGENT: CORPORATE CREATIONS NETWORK, INC.
1070-B WEST CAUSEWAY APPROACH, MANDEVILLE, LA 70471

*RECEIVED STPSO-CIVIL 2018 JUN 26 AM 11:06 RANDY SMITH SHERIFF*

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 20, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Barbara Gaude_
Barbara Gaude, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES ON MACY'S RETAIL HOLDINGS, INC. D/B/A MACY'S THROUGH: ITS REGISTERED AGENT: CORPORATE CREATIONS NETWORK, INC. Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER    RETURN / / SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES ON MACY'S RETAIL HOLDINGS, INC. D/B/A MACY'S THROUGH: ITS REGISTERED AGENT: CORPORATE CREATIONS NETWORK, INC. by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said MACY'S RETAIL HOLDINGS, INC. D/B/A MACY'S being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

PRE-PAID

ID: 9913723   Page 1 of 1

**EXHIBIT A**

FILED
2018 MAY -7 A 11: 34

CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 18-4470                                DIVISION " J "

APRIL BRINKMAN

VERSUS

MACY'S RETAIL HOLDINGS, INC. d/b/a MACY'S

SECTION 15

FILED: _____

_____
DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes plaintiff, APRIL BRINKMAN, a person of the full age of majority, who respectfully states as follows:

I.

Made defendant herein is:

   a. **MACY'S RETAIL HOLDINGS, INC. d/b/a MACY'S**, a corporation licensed to do and doing business in the State of Louisiana.

II.

Jurisdiction and venue is proper because the conduct herein sued upon occurred in Orleans Parish, Louisiana.

III.

Defendant is liable to Plaintiff, to wit:

On or about February 14, 2017, plaintiff, **APRIL BRINKMAN**, received a text message advertisement to his cellular telephone from Defendant.

IV.

This text message advertisement was a solicitation encouraging the Plaintiff to purchase goods from Defendant.

V.

Specifically, the text message encouraged Plaintiff to "Rply 'Star' for texts and extra 15% off! Max 3 autodialed msgs/wk."

VI.

Defendant sent Plaintiff numerous other similar text message advertisements including

1.

VERIFIED
Celeste Hunter
5-8-2018

messages in excess of three messages per week.

VII.

Plaintiff had not expressly consented in writing to receive more than 3 messages per week.

VIII.

Defendant's text message advertisements were not addressed to Plaintiff by name, were written in an impersonal manner, and were sent using an SMS code.

IX.

Defendant's text message advertisement were sent with an automated telephone dialing system, i.e. it is capable of making numerous text message calls simultaneously and without human intervention.

X.

Upon information and belief, Defendant's practice of sending text message advertisements to consumers is far-ranging and Defendant has sent thousands of such text message advertisements to thousands of consumers.

XI.

Upon information and belief, Defendant knowingly does not obtain the requisite express written consent from any consumer prior to sending these text message advertisements.

XII.

Plaintiff makes this claim on behalf of all similarly situated consumers who have received Defendant's text message advertisements. The number of similarly situated consumers is so numerous that joinder is impracticable; Plaintiff is an adequate representative and her claims are common and typical of the similarly situated consumers; and collective action treatment of their claims is the superior and appropriate means for resolving their disputes with Defendant.

XIII.

Defendant's actions were violations of 47 U.S.C. § 227, *et seq*, also known as the Telephone Consumer Protection Act. Plaintiff seeks for herself and all consumers all statutory damages, including treble damages, available under the law.

XIV.

By sending unauthorized text messages to Plaintiff's phone without consent, Defendant's actions were also violations of La. R.S. 51:1401, *et seq*, also known as the Unfair Trade Practices

2

and Consumer Protection Law. Plaintiff seeks all remedies available under that Law, including damages and attorney's fees.

**WHEREFORE**, the aforesaid premises considered, Plaintiff prays that Defendant, **MACY'S RETAIL HOLDINGS, INC. d/b/a MACY's** be duly served with a copy of this petition and cited to appear and answer same, and that after due proceedings had, that there be a judgment herein in favor of Plaintiff and against Defendant herein finding said Defendant liable for the full amount of Plaintiff's and all others' damages, and all costs and attorneys' fees together with legal interest from the date of judicial demand until paid. ~~Plaintiff requests a jury trial.~~

Respectfully submitted:

Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Jonathan M. Kirkland (#37937)
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile: (504) 272-2956
*Attorneys for Plaintiff*

PLEASE SERVE:

MACY'S RETAIL HOLDINGS, INC. d/b/a MACY's
via its registered agent:

Corporate Creations Network, Inc.
1070-B West Causeway Approach
Mandeville, LA 70471



3

JUN 2 7 2018

**EXHIBIT A**