## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**APRIL BRINKMAN,**                                          **CIVIL ACTION**
**on behalf of herself and other**
**persons similarly situated,**
    **Plaintiff**

**VERSUS**                                                  **NO.  18-6645**

**MACY'S RETAIL HOLDINGS, INC.,**                           **SECTION: "E"(1)**
    **Defendant**

### ORDER

Before the Court is a motion to dismiss filed by Defendant Macy's Retail Holdings, Inc. to dismiss the complaint filed by Plaintiff April Brinkman pursuant to Federal Rule of Civil Procedure 12(b)(6).[1] After the motion to dismiss was filed, Plaintiff timely filed an amended complaint.[2]

Accordingly;

**IT IS ORDERED** that Defendant Macy's Retail Holdings, Inc.'s motion to dismiss[3] is **DENIED WITHOUT PREJUDICE AS MOOT**. Macy's Retail Holdings, Inc. is free to re-urge its motion to dismiss in a timely fashion.

**New Orleans, Louisiana, this 1st day of August, 2018.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 7.
[2] R. Doc. 10.
[3] R. Doc. 7.