UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **APRIL BRINKMAN,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6645** |
| **MACY'S RETAIL HOLDINGS, INC.,**<br>    Defendant | **SECTION: "E" (1)** |

## ORDER OF DISMISSAL

The Court having been advised that all parties have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 23rd day of August, 2018.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**