IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| APRIL BRINKMAN, | CIVIL ACTION NO. 18-cv-6645 |
| Plaintiff, | JUDGE: SUSIE MORGAN |
| v. | SECTION: "E" (1) |
| MACY'S RETAIL HOLDINGS, INC. d/b/a MACY'S, | MAGISTRATE: JANIS VAN MEERVELD |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff April Brinkman and Defendant Macy's Retail Holdings, Inc., by and through their respective counsel, stipulate and agree to the dismissal of Plaintiff's individual claims against Macy's Retail Holdings, Inc. with prejudice, the dismissal of the class claims against Macy's Retail Holdings, Inc. without prejudice, and the dismissal of the action in its entirety, with each party to bear her/its own costs and attorneys' fees.

**PLAINTIFF APRIL BRINKMAN**

*/s/Jonathan M. Kirkland*

_____

Roberto Luis Costales
William H. Beaumont
Jonathan M. Kirkland
Beaumont Costales LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
(504) 534-5005

**DEFENDANT MACY'S RETAIL HOLDINGS, INC.**

*/s/Dominic Gianna*

_____

Dominic Gianna
Aaron & Gianna, PLC
201 St. Charles Avenue, Suite 3800
New Orleans, LA 70170
(504) 525-7200

and

Chad D. Silker (admitted *pro hac vice*)
Macy's Law Department
11477 Olde Cabin Road, Suite 400
St. Louis, MO 63141
(314) 342-6379

2

<div style="border:1px solid black; display:inline-block;">

Certificate of Service
I hereby certify that I have served a copy of this
document on all counsel to record via CM/ECF on
this 7th day of September, 2018

*/s/Jonathan M. Kirkland*

_____
Signature

</div>